# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **JODIE LOUISE BYRNE,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| v. | )     No. 1:23-cv-00460-JAW |
| | ) |
| **ALLY FINANCIAL INC.,** | ) |
| | ) |
|     **Defendant** | ) |

## RECOMMENDED DISMISSAL

After Jodie Louise Byrne twice failed to provide sufficient information to support her request to proceed *in forma pauperis*, *see* ECF Nos. 2, 4-7, I ordered her to pay this Court's filing fee by January 24, 2024, and warned her that her case would be dismissed if she failed to do so, *see* ECF No. 8. The Clerk's Office mailed a copy of my order to Byrne that same day, but it was returned as undeliverable. *See* ECF No. 9. On January 19, 2024, the Clerk's Office remailed a copy of my order to Byrne at a P.O. Box listed on her most recent filing, and that mailing was not returned as undeliverable. Nevertheless, Byrne did not pay the filing fee by January 24, 2024; nor has she done so since then.

Byrne's failure to pay the filing fee warrants the dismissal of her complaint without prejudice. *See, e.g.*, *Oliver v. Versant Power*, No. 1:21-cv-00225-JAW, 2021 WL 4942861, at *1-2 (D. Me. Oct. 21, 2021) (rec. dec.), (dismissing a plaintiff's case without prejudice where the plaintiff did not pay the filing fee), *aff'd*, 2021 WL 5371550 (D. Me. Nov. 17, 2021); *Lazore v. Harrigan*, No. 1:21-cv-00239-GZS,

1

2021 WL 4761985, at *1-2 (D. Me. Oct. 11, 2021) (rec. dec.) (same), *aff'd*, 2021 WL 5182663 (D. Me. Nov. 8, 2021). Accordingly, I recommend that this case be **DISMISSED** without prejudice.

### *NOTICE*

*A party may file objections to those specified portions of a Magistrate Judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which de novo review by the District Court is sought, together with a supporting memorandum, within fourteen (14) days after being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.*

*Failure to file a timely objection shall constitute a waiver of the right to de novo review by the District Court and to appeal the District Court's order.*

Dated: February 5, 2024

/s/ Karen Frink Wolf
United States Magistrate Judge